October 09, 2021

Nathaniel Tesley MDOC# 218984
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, Michigan 49201

Chamber of:
Hon. Magistrate Judge David R. Grand
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
200 E. Liberty St, ste 400
Ann Arbor, Michigan 48104

Re: In the matter of Tesley v. Martin 2:17-cv-11249

### PLAINTIFF'S SUMMARY OF POSITION AND HISTORY OF SETTLEMENT NEGOTIATIONS

I, Plaintiff - Nathaniel Tesley, acting in propria persona, and of my own accord, do set forth the following summary of my position in this matter:

Having made several unanswered attempts to initiate settlement negotiations with the Defendant, I am slightly hopeful that a settlement conference before Your Honor can be reasonably had.

This case has been an ongoing complication for me for over four years now, some of that protracted time due to COVID, and the other of it to blighted defensive tactics of my opponent.

I believe two key pieces of material evidence, Martin's Attendance Log/Record for Saturday September 17, 2016 and the video footage of PC West's office on Wednesday September 21, 2016, along with other circumstantial temporal proximity evidence, will prove beyond a reasonable doubt that Martin used a state sanctioned administrative (misconduct) hearing to violate my U.S. CONST. I, VI, and XIV AMD. rights of, redress of grievance, due process of law, and substantive due process of procedure.

However, because I am not an aptly skilled attorney in the edeavor, I prefer not to burden the court with task of enduring my greatest feat of trial. Instead, I ask the court to apply, at this important point of the proceedings, it's sure skills of settlement mediation.

On, January 04, 2020, during a pretrial conference with myself and Defendant's attorney, Your Honor admonished both sides to begin " reasonable " negotiations. Since then I have made (3)three receding offers that haven't been answered. Instead, Defendant's attorney has stated in Pretrial Order that " There is very little prospect of settlement in this case " and, he is only willing to pay a " de minimus " amount.

Concerning the above, I now ask the Court to begin this Settlement Conference by ascertaining what Defendant considers a de minimus amount. I also ask that Alternative Dipute Resolution principles be applied.

Dated: 10-14-21             /s/ Nathaniel Self

Nothaniel Tesley No. 218984
G. Robert Cotton Facility
3500 N. Elm Road
Jackson, MI 49201

Hon. Magistrate Judge David R. Grand
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
200 E. Liberty St, ste 400
Ann Arbor, MI 48104

10-15-21

RECEIVED
OCT 25 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

METROPLEX
MI 493
15 OCT 21

$000.53