# EXHIBIT A

Tesley, Nathaniel (USDC-ED 17-11249)

Email

| | |
|---|---|
| **From:** | Wendt, David M. (MDOC) |
| **To:** | Gierhart, Kristina (AG) |
| **Cc:** | Raines, Austin (AG); Castillo, Jaquine (MDOC) |
| **Subject:** | RE: Tesley v. Martin- Request for Documents Due 7/3 |
| **Date:** | Tuesday, June 25, 2019 9:58:34 AM |
| **Attachments:** | Tesley - Classification Detail.pdf |
| | Tesley1 - Hearings.pdf |
| | Tesley2 - Hearings.pdf |
| | Tesley #218984 - Trust Account 2003.pdf |

Please see responses below:

Let me know if there is anything else you may need.  Thank you

---

**From:** Gierhart, Kristina (AG) <​@michigan.gov>
**Sent:** Monday, June 24, 2019 10:47 AM
**To:** Wendt, David M. (MDOC) <​@michigan.gov>
**Cc:** Kindinger, Steven (MDOC) <​@michigan.gov>; Raines, Austin (AG) <​@michigan.gov>; Castillo, Jaquine (MDOC) <​@michigan.gov>
**Subject:** RE: Tesley v. Martin- Request for Documents Due 7/3

Hi David,
We do still need to collect the documents requested within the attached draft. Austin has already responded, stating we'd produce if the prisoner pays, but Austin still needs these documents for his own information.

<u>Requested Documents</u>

1. Electronic data printout of OFFICER CALLOUT MANAGEMENT SYSTEM describing, specifically, all of Plaintiff's call outs to the Facility Hearings Investigator/Hearings Officer during the month of September 2016.  ==Provided by J. Castillo.==

2. Print out of Prisoner Classification – Work Detail as ARF School Building Porter, as it was at September 05. 2016.  ==Attached.==

3. All internal Department (MDOC) ARF Administrative documents or other effects regarding the investigation hearing response(s) to all Misconducts and Grievances cited with this cause.  ==Attached (2 docs).==

4. Photo-copy-excerpt-of ARF Sign in/Out log where it specifically describes Defendant Martin's Sign in/ out on September 17. 2016. (Custody Staff Log)  ==Not available.  Logs are retained for one year and destroyed.==

5. MDOC MEMORANDUM – Written description of Facility Video Camera footage of staff and Prisoner movement entering and exiting ARUS West's office in Housing Unit 1 (ARF) on the date of September 21, 2016 between the hours of 6 AM to 12 PM.  (Footage specifically showing Defendant Martin entering and Plaintiff entering / exiting not Long afterwards.) Does this video exist?  ==Not==

<mark>Available. Video from this far back would not have been retained.</mark>

6. Excerpt of ARF Facility Control Center Log that describes / details why Plaintiff was moved from Housing Unit 1 to Housing Unit 2 on September 22. 2016, and who initiated / ordered the move. <mark>Not Available – No retention on cell moves.</mark>

7. Electronic data – excerpt of Prisoner Account Activity describing Plaintiff's 2003 purchase of his Smith Corona typewriter, (Specifically the data Martin describes as evidence in the Misconduct / Contraband hearing). <mark>Attached.</mark>

**Please provide the requested documents and video by next **Wednesday, July 3rd**. Thank you!

Kristina Gierhart
Paralegal
Michigan Department of Attorney General
State Operations Division
Telephone: (███████████)
███████@michigan.gov