# JURY VERDICT FORM

We, the jury, unanimously find the following by a preponderance of the evidence:

1. Was Plaintiff's First Amendment right not to be subjected to retaliation violated by Defendant?

   YES: _____           NO: __X_____

**If you answered "YES" to Part 1, please proceed to Part 2. If you answered "NO" to Part 1, you have reached a verdict and may sign the form.**

2. Please state the amount that will fairly compensate Plaintiff for any harm he sustained as a result of Defendant's conduct.

   $ _____
   (FILL IN DOLLAR FIGURE)

**After answering Part 2, proceed to Part 3.**

3. Do you award punitive damages against Defendant?

   YES: _____           NO: _____

   $ _____
   (FILL IN DOLLAR FIGURE IF YES)

Signed.

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

6-17-2022
Date